⁂AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

    MIDDLE DISTRICT          District of          ALABAMA

JAMES NEELY,
PLAINTIFF

V.

BECHTEL CORPORATION,
DEFENDANT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-907-WKW

TO: (Name and address of Defendant)

Bechtel Corporation
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montogmery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cynthia WIlkinson, Esq.
WILKINSON LAW FIRM P.C.
215 N. Richard Arrington Jr. Blvd
Suite 811
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    10/11/07
CLERK                                                 DATE

[signature]
(By) DEPUTY CLERK