**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAMES NEELY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:07-cv-00907-WKW-CSC |
| | ) | |
| BECHTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ADDITIONAL TIME
TO FILE ANSWER AND AFFIRMATIVE DEFENSES
AND/OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Bechtel Corporation ("Bechtel") and hereby moves this Court for a 45 day extension of time to file its Answer and/or otherwise respond to Plaintiff's Complaint through and including December 20, 2007.

Bechtel seeks this first extension because defense counsel is preparing for a mock trial and jury trial in another matter scheduled for November and early December 2007. Accordingly, he has not had sufficient time to properly evaluate and respond to the allegations in Plaintiff's complaint. In addition, Plaintiff's claims are extensive and require significant investigation as he alleges he was denied rehire to approximately *35* positions based on his age, alleged disability or perceived disability and in retaliation for filing a prior EEOC Charge and lawsuit against Bechtel. Plaintiff's first lawsuit against Bechtel was dismissed due to

arbitration as Plaintiff signed an arbitration agreement pertaining to his employment with Bechtel. Accordingly, Bechtel is also contemplating moving to compel arbitration in this case. Based on these reasons, a 45 day extension is necessary to respond to Plaintiff's complaint.

On October 31, 2007 and November 2, 2007, defense counsel left messages with Plaintiff's counsel's office to request Plaintiff's consent to this motion but has not received a response.

WHEREFORE, Bechtel moves the Court for an extension of time through and including December 20, 2007 to file its Answer and/or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 2nd day of November, 2007.

    /s/ *Thomas A. Davis*
Thomas A. Davis
Alabama Bar No.: ASB-5877-S56T
JACKSON LEWIS LLP
Park Place Tower – Suite 650
2001 Park Place North
Birmingham, Alabama  35203
Telephone:  205-332-3101
Facsimile:  205-332-3131

**ATTORNEY FOR DEFENDANT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAMES NEELY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:07-cv-00907-WKW-CSC |
| | ) | |
| BECHTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2007, I electronically filed **UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE ANSWER AND AFFIRMATIVE DEFENSES AND/OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Cynthia Foreman Wilkinson, Esq.
Larry R. Mann, Esq.

/s/ *Thomas A. Davis*
Thomas A. Davis
Alabama Bar No.: ASB-5877-S56T
JACKSON LEWIS LLP
Park Place Tower – Suite 650
2001 Park Place North
Birmingham, Alabama  35203
Telephone:  205-332-3101
Facsimile:  205-332-3131

**ATTORNEY FOR DEFENDANT**