IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES NEELY,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        Case No. 1:07-cv-0907-WKW
                                    )
BECHTEL CORPORATION,                )
                                    )
        Defendant.                  )

## ORDER

Upon consideration of the Defendant's Motion for Additional Time to File Answer and Affirmative Defenses (Doc. # 4), it is ORDERED that the motion is GRANTED IN PART.  The deadline for the defendant to file an answer is extended from November 5, 2007, to **November 19, 2007.**  The plaintiff is ORDERED to show cause in writing **on or before November 9, 2007**, why the defendant's requested deadline to answer should not be further extended to December 20, 2007.

DONE this 5th day of November, 2007.

        _____/s/   W.  Keith Watkins_____
        UNITED STATES DISTRICT JUDGE