# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES NEELY,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| | ) **CIVIL ACTION NO.:** |
| **VS.** | ) **1:07-cv-00907-WKW-CSC** |
| | ) |
| **BECHTEL CORPORATION,** | ) |
| | ) **JURY TRIAL** |
|     **DEFENDANT.** | ) |
| | ) |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER
REGARDING DEFENDANT'S MOTION FOR ADDITIONAL TIME
TO FILE ANSWER AND AFFIRMATIVE DEFENSES
AND/OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW the Plaintiff, by and through his counsel of record, and pursuant to the Court's November 9, 2007 Order responds to Defendant's request for additional time to file an Answer and affirmative defenses and/or otherwise respond to Plaintiff's Complaint.

1. Plaintiff's counsel is at a loss as to why it is necessary for the Defendant to require forty-five (45) additional days, for a total of sixty-five (65) days to respond to claims that have been known to them since February 16, 2007, when Plaintiff filed his EEOC charge that made the basis for his claims pending before this Court.

2. Plaintiff filed a previous lawsuit against the Defendant regarding issues

related to his employment and subsequent termination. The lawsuit was submitted to arbitration and is currently still pending. The same counsel representing Defendant in the claims before this Court is representing the Defendant in Plaintiff's pending Arbitration.

    3.    All of Plaintiff's claims pending before this Court relate to claims that arose **after** Plaintiff was terminated.

    4.    The parties have discussed Plaintiff's claims extensively, including the claims pending before this Court, during the process of arbitration. Defendant has been well advised as to the positions that Plaintiff applied for and was denied after his termination.

    5.    The Defendant has been aware of Plaintiff's failure to hire claims for several months. The parties specifically addressed Plaintiff's EEOC charge and claims that are before this Court in an Arbitration phone conference on July 24, 2007. Defendant was well aware of Plaintiff's intent to file a lawsuit regarding his claims of discriminatory failure to hire.

    WHEREFORE, in light of the aforesaid, Plaintiff requests that this Court deny Defendant's request for additional time to answer and/or otherwise respond to Plaintiff's Complaint beyond November 19, 2007.

                                           Respectfully Submitted,

                                              s/Cynthia Forman Wilkinson
                                              CYNTHIA FORMAN WILKINSON
                                              State Bar I.D. No.ASB-9950-L68C
                                              Attorney for Plaintiff

**OF COUNSEL:**

**WILKINSON LAW FIRM, PC**
New South Federal Bank Building; Suite 811
215 Richard Arrington Jr. Blvd.
Birmingham, Alabama 35203
Tel.:  (205) 250-7866
Fax:  (205) 250-7869
E-mail: wilkinsonefile@bellsouth.net

                                              s/Larry R. Mann
                                              LARRY R. MANN
                                              Attorney for Plaintiff

**OF COUNSEL:**

Larry R. Mann, Esq.
701 New South Saving Building
215 North 21st Street
Birmingham, Alabama 35203
Tel:  (205) 326-6500
Fax: (205) 324-8660
E-mail: LarryMann@aol.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Davis, Esq.
David T. Wiley, Esq.
Jackson | Lewis LLP
2001 Park Place North
Suite 650
Birmingham, Alabama 35203

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

s/Cynthia Forman Wilkinson
**WILKINSON LAW FIRM**, **PC**