IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN</u> DIVISION

JAMES NEELY, )
)
Plaintiff, )
)
v. ) CASE NO. 1:07-CV-907-WKW-CSC
)
BECHTEL CORPORATION, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>James Neely</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                  <u>Relationship to Party</u>

11/13/2007                              /s/ Cynthia Forman Wilkinson
Date                                    (Signature)

                                        Cynthia Forman Wilkinson
                                        (Counsel's Name)

                                        James Neely
                                        Counsel for (print names of all parties)
                                        Wilkinson Law Firm, PC
                                        215 N. Richard Arrington Blvd., Suite 811, Birmingham, AL 35203
                                        Address, City, State Zip Code
                                        205-250-7866
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Cynthia Forman Wilkinson, do hereby Certify that a true and correct copy of the foregoing has been furnished by notification via the CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th day of November 20 07, to:

Thomas Andrew Davis, Jackson Lewis, LLP, 2001 Park Place North, Suite 650, Birmingham, AL 35203

11/13/2007                                           /s/ Cynthia Forman Wilkinson
Date                                                  Signature