IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES NEELY,

    Plaintiff,

v.    CASE NO. 1:07-CV-907-WKW-CSC

BECHTEL CORPORATION,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Bechtel Corporation, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

Date

/s/Thomas A. Davis
(Signature)

Thomas A. Davis
(Counsel's Name)

Bechtel Corporation
Counsel for (print names of all parties)
JACKSON LEWIS LLP
Park Place Tower - Suite 650, 2001 Park Place N, Birmingham, AL 35203
Address, City, State Zip Code
(205) 332-3101
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Thomas A. Davis, do hereby Certify that a true and correct copy of the foregoing has been furnished by notification via the CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 14th day of November 20 07, to:

Cynthia Forman Wilkinson, Esq., Wilkinson Law Firm, PC, 215 N. Richard Arrington Blvd., Suite 811, Birmingham, AL 35203

11/14/2007
Date

/s/ Thomas A. Davis
Signature