## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES NEELY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:07-cv-00907-WKW-CSC |
| | ) | |
| BECHTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR ADDITIONAL TIME TO FILE ANSWER AND AFFIRMATIVE DEFENSES AND/OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Bechtel Corporation ("Bechtel") submits the following Reply in support of it's Motion for Additional Time To File Answer and/or Otherwise Respond to Plaintiff's Complaint.

1. Counsel for defendant has been preparing for a trial in Texas for the past two (2) weeks.

2. In light of the Thanksgiving holiday and other personal and professional commitments, defendant requests until November 30, 2007, to respond to plaintiff's Complaint.

Respectfully submitted this 19th day of November, 2007.

/s/ *Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
JACKSON LEWIS LLP
Park Place Tower – Suite 650
2001 Park Place North
Birmingham, Alabama  35203
Telephone:  205-332-3101
Facsimile:  205-332-3131

**ATTORNEY FOR EFENDANT**


**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:


Cynthia Foreman Wilkinson, Esq.
Larry R. Mann, Esq.


/s/ *Thomas A. Davis*
Counsel for Defendant

2