IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES NEELY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0907-WKW |
| ) | |
| BECHTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On November 2, 2007, the defendant filed a Motion for Additional Time to File Answer and Affirmative Defenses. (Doc. # 4.) The court granted the motion in part and extended the deadline to file answer from November 5, 2007, to November 19, 2007. (Doc. # 5.) The court further ordered the plaintiff to show cause why the defendant's requested deadline to answer should not be further extended to December 20, 2007. (*Id.*) The plaintiff timely filed his response to the show cause on November 9, 2007, opposing further extension. (Doc. # 6.) Based on the court's review of the plaintiff's response, the defendant's request for a further extension of time to file an answer is DENIED, but in view of the date of this order, the defendant's deadline to answer is extended from November 19, 2007, to **November 30, 2007**.

DONE this 19th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE