IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES NEELY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0907-WKW |
| ) | |
| BECHTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that the plaintiff shall respond in writing to the defendant's Motion to Compel Arbitration and to Stay Proceedings (Doc. # 13) **on or before December 21, 2007**.

DONE this 5th day of December, 2007.

                                          /s/  W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE