IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES NEELY,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:07-cv-00907-WKW-CSC |
| | ) | |
| **BECHTEL CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS

COMES NOW Defendant Bechtel Corporation ("Bechtel") and hereby moves this Court for a one week extension of time to file its Reply in Support of its Motion to Compel Arbitration and to Stay Proceedings ("Reply") on or before January 9, 2008. Plaintiff's counsel has consented to the extension sought in this motion.

Pursuant to the Court's Briefing Order, Defendant believes its Reply is due on or before January 2, 2008. Defendant requires additional time to file its Reply due to the Christmas and New Year's holidays. In addition, defense counsel's Atlanta office is relocating during the week of December 23, 2007 and will not be fully operational at the new location until January 2, 2008. An attorney from the Atlanta office will be assisting in the preparation of the Reply and this case generally, and will be entering an appearance during the week of January 2, 2008.

Further, there will be no prejudice to Plaintiff by granting this motion. In

Plaintiff's Response to Defendant's Motion to Compel Arbitration and to Stay Proceedings ("Plaintiff's Response"), Plaintiff included an unopposed motion for an extension of time through January 31, 2008 to complete and/or supplement Plaintiff's Response based on anticipated discovery in a related arbitration. Indeed, Plaintiff asked the Court, in the alternative, to withhold ruling on the Motion to Compel Arbitration and Stay Proceedings until after January 31, 2008. Thus, Defendant's extension to file a reply no later than January 11, 2008, would not prejudice Plaintiff who has already requested an extension through January 31, 2008 to supplement its Response.

Plaintiff's counsel has been contacted and has consented to the extension sought in this motion.

WHEREFORE, Bechtel moves the Court for an extension of time through and including January 9, 2008 to file its Reply in Support of its Motion to Compel Arbitration and to Stay Proceedings.

Respectfully submitted this 26th day of December, 2007.

                                              s/Thomas A. Davis, Esq.
                                              Thomas A. Davis
                                              Alabama Bar No.: 5877-S56T
                                              Jackson Lewis LLP
                                              First Commercial Bank Building
                                              800 Shades Creek Parkway, Suite 870
                                              Birmingham, AL 35209
                                              Telephone (205) 332-3106
                                              Facsimile:  (205) 332-3131

                                              ATTORNEY FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES NEELY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| v. | ) | **1:07-cv-00907-WKW-CSC** |
| | ) | |
| **BECHTEL CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 26, 2007, I electronically filed **DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Cynthia Foreman Wilkinson, Esq.
    Larry R. Mann, Esq.

    This 26th day of December, 2007.

                                        s/Thomas A. Davis, Esq.
                                        Thomas A. Davis
                                        Alabama Bar No.: 5877-S56T
                                        Jackson Lewis LLP
                                        First Commercial Bank Building
                                        800 Shades Creek Parkway, Ste 870
                                        Birmingham, AL 35209
                                        Telephone (205) 332-3106
                                        Facsimile:  (205) 332-3131