IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES NEELY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-0907-WKW |
| | ) | |
| BECHTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the defendant's Unopposed Motion for Extension of Time to File Reply (Doc. # 17), it is ORDERED that the motion is GRANTED.  The deadline for the defendant's reply in support of its motion to compel arbitration is extended from January 2, 2008, to **on or before January 9, 2008**.

DONE this 28th day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE