IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES NEELY, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) CIVIL ACTION NO.: |
| VS. | ) 1:07-cv-00907-WKW-CSC |
| | ) |
| BECHTEL CORPORATION, | ) |
| | ) JURY TRIAL |
|     DEFENDANT. | ) |
| | ) |

**PLAINTIFF'S SURREPLY TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW the Plaintiff, by and through his counsel of record, and responds to Defendant's Reply in Support of its Motion to Compel Arbitration and to Stay Proceedings and incorporated Memorandum of Law:

1. In Defendant's Reply it asserts that Plaintiff has somehow not opposed Defendant's argument that Plaintiff's disability claims arbitrable.

2. A clear reading of the Plaintiff's response to Defendant's motion to compel arbitration demonstrates the Plaintiff <u>does not</u> and <u>has not</u> conceded that <u>any</u> claims arising after his employment are arbitrable, including the disability claim.

3. As a matter of clarity, the Plaintiff will state unequivocally that he does not

concede that his disability claims that arose after his employment terminated are arbitrable.

          Respectfully Submitted,

          s/Cynthia Forman Wilkinson
          CYNTHIA FORMAN WILKINSON
          State Bar I.D. No.ASB-9950-L68C
          Attorney for Plaintiff

**OF COUNSEL:**
**WILKINSON LAW FIRM, PC**
New South Federal Bank Building; Suite 811
215 Richard Arrington Jr. Blvd.
Birmingham, Alabama 35203
Tel.: (205) 250-7866
Fax: (205) 250-7869
E-mail: wilkinsonefile@bellsouth.net

          s/Larry R. Mann
          LARRY R. MANN
          Attorney for Plaintiff

**OF COUNSEL:**

Larry R. Mann, Esq.
701 New South Saving Building
215 North 21st Street
Birmingham, Alabama 35203
Tel: (205) 326-6500
Fax: (205) 324-8660
E-mail: LarryMann@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Thomas A. Davis, Esq.
>David T. Wiley, Esq.
>Jackson | Lewis LLP
>2001 Park Place North
>Suite 650
>Birmingham, Alabama 35203

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None

>s/Cynthia Forman Wilkinson
>**WILKINSON LAW FIRM, PC**