IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES NEELY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BECHTEL CORPORATION, | ) 1:07-CV-00907-WKW-CSC |
| | ) |
| Defendant. | ) |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised the Birmingham Office of Jackson Lewis, LLP has moved. Please direct all future correspondence, dockets, order or any other document(s) pertaining to this action to Defendant Bechtel Corporation to the address listed below:

Respectfully submitted this 15th day of January, 2008.

                                                 s/ Thomas A. Davis
                                               Thomas A. Davis
                                               Alabama Bar No. 5877-S56T
                                               JACKSON LEWIS LLP
                                               First Commercial Bank Building
                                               800 Shades Creek Parkway, Suite 870
                                               Birmingham, Alabama 35209
                                               Telephone:   205-332-3101
                                               Facsimile:    205-332-3131
                                               ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2008, a copy of the foregoing was served via the CM/ECF System on the following counsel of record:

Cynthia Foreman Wilkinson, Esq.
WILKINSON LAW FIRM PC
811 New South Federal Savings Bank Building
215 Richard Arrington Jr. Blvd. North
Birmingham, AL  35203
wilkinsonefile@bellsouth.net

Larry R. Mann, Esq.
701 New South Federal Savings Bank Building
215 Richard Arrington Jr. Blvd. North
Birmingham, AL  35203
larrymann@aol.com

/s/  Thomas A. Davis
Counsel of Record