IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES NEELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Civil Action No. |
| | ) 1:07-CV-907-WKW |
| BECHTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, Defendant Bechtel Corporation ("Bechtel"), and pursuant to Rule 83.1(b) of the Local Rules of this Court, respectfully moves the Court to allow Owen T. Hill, Esq., member in good standing of the State Bar of Georgia, to appear *pro hac vice* as attorney for Bechtel in the above-captioned case. A Certificate of Good Standing from the United States District Court, Northern District of Georgia for Mr. Hill is attached as Exhibit A. A check in the amount of $50.00 is being simultaneously mailed to the Court via overnight mail. In support of this Motion, Bechtel states:

Owen T. Hill is a partner with the law firm of Jackson Lewis LLP in its Atlanta, Georgia office located at 1155 Peachtree Street, N.E., Suite 1000, Atlanta (Fulton County), Georgia 30309-3600, 404-525-8200. Applicant Owen T. Hill is admitted to practice and licensed in the state of Georgia and the United

States District Court for the Northern District of Georgia where he regularly practices law. Mr. Hill has been admitted to practice before the United States Court of Appeals for the Eleventh Circuit; the Federal Court of Claims; and the Supreme Court of Georgia. Mr. Hill certifies that he has obtained and is familiar with the Local Rules of this Court.

WHEREFORE Bechtel respectfully requests that this Court enter an Order allowing Owen T. Hill to appear *pro hac vice* for the purpose of representing Bechtel in this matter. A proposed Order is attached hereto.

Respectfully submitted this 25th day of January, 2008.

/s/ *Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
DD: 205-332-3101
E-Mail: davist@jacksonlewis.com
**JACKSON LEWIS LLP**
Park Place Tower, Suite 650
2001 Park Place North
Birmingham, Alabama 35203
Facsimile: 205-332-3131

Owen T. Hill (GA Bar No. 354393)
E-Mail: hillo@jacksonlewis.com
**JACKSON LEWIS LLP**
1155 Peachtree Street, N.E.
Suite 1000
Atlanta, Georgia 30309-3600
Facsimile: 404-525-1173
**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

It is hereby certified that a copy of this original document, **MOTION FOR ADMISSION PRO HAC VICE**, was filed with the Court via the Case Management/Electronic Court Filing system on this 25th day of January, 2008, and notice thereof was served in accordance therewith via electronic mail, to:

Cynthia Foreman Wilkinson, Esq.
WILKINSON LAW FIRM PC
811 New South Federal Savings Bank Building
215 Richard Arrington Jr. Blvd. North
Birmingham, AL  35203
wilkinsonefile@bellsouth.net

Larry R. Mann, Esq.
701 New South Federal Savings Bank Building
215 Richard Arrington Jr. Blvd. North
Birmingham, AL  35203
larrymann@aol.com

/s/ *Thomas A. Davis*
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES NEELY, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>BECHTEL CORPORATION, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No.<br>1:07-CV-907-WKW |

## **PROPOSED ORDER**

Upon Motion of Defendant Bechtel Corporation for Owen T. Hill to be admitted *pro hac vice* in the above-referenced matter on behalf of Bechtel Corporation, for good cause shown,

IT IS HEREBY ORDERED that said Motion is GRANTED; Owen T. Hill may practice before this Court as attorney of record for Defendant in this proceeding.

This ____day of _____, 2008.


_____
W. KEITH WATKINS
UNITED STATES DISTRICT JUDGE



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **OWEN TAI HILL, State Bar No. 354393,** was duly admitted to practice in said Court on December 17, 2001, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 22nd day of January, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: *Jamee Green*
Jamee Green
Deputy Clerk