```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003582
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: JACKSON LEWIS
-----------------------------------
PRO HAC VICE
 For: OWEN T HILL
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
-----------------------------------
CHECK
 Check/Money Order Num: 20588
 Amt Tendered:  $50.00
-----------------------------------
Total Due:        $50.00
Total Tendered:   $50.00
Change Amt:       $0.00

1:07-cv-00907-WKW-CSC

PHV MOTION FILED ON 1/25/08
```