IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES NEELY,            ) <br> ) <br> Plaintiff,          ) <br> ) <br> v.                      ) <br> ) <br> BECHTEL CORPORATION,    ) <br> ) <br> Defendant.         ) | Case No. 1:07-cv-0907-WKW |

## **ORDER**

Upon consideration of the motion for admission *pro hac vice* (Doc. # 22) by the defendant's counsel, Owen T. Hill, it is ORDERED that the motion is GRANTED.

DONE this 30th day of January, 2008.

                                              /s/  W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE