IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES NEELY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:07-cv-00907-WKW-CSC |
| | ) | |
| BECHTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 6, 2008 by teleconference and was attended by:

Cynthia Wilkinson and Larry Mann for Plaintiff

Tom Davis and Owen Hill for Defendant

2.  **Pre-Discovery Disclosures.**  The parties will exchange by July 2, 2008 the information required by Fed. R. Civ. P. 26(a)(1).

3.  **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

    1.  Whether Defendant failed to hire Plaintiff to multiple positions based on his age and disability.

    2.  The amount of damages, if any, to which Plaintiff is entitled.

Discovery will be needed on the following subjects:

All discovery commenced in time to be completed by February 11, 2009.

Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

Plaintiff seeks to take a maximum of ten depositions. Defendants consent to eight depositions by Plaintiff. The parties consent to eight depositions by Defendant.

Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiff by December 15, 2008.

From defendant by January 15, 2009.

Supplementations under Rule 26(e) due December 31, 2008.

4. **Other Items.**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in June 2009.

Plaintiff should be allowed until July 11, 2008 to join additional parties and until July 11, 2008 to amend the pleadings.

Defendant should be allowed until July 11, 2008 to join additional parties and until July 11, 2008 to amend the pleadings.

All potential dispositive motions should be filed by March 11, 2009.

Settlement is unlikely at this time.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

from plaintiff by December 5, 2008

from Defendant by January 5, 2009

Parties should have ten days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by June 30, 2009 and at this time is expected to take approximately five days.

Respectfully submitted this 11th day of June, 2008.

> s/Owen T. Hill, Esq.
> Thomas A. Davis
> Alabama Bar No.: 5877-S56T
> Jackson Lewis LLP
> Park Place Tower – Suite 650
> 2001 Park Place North
> Birmingham, AL 35203
> Telephone: (205) 332-3106
> Facsimile: (205) 332-3131

3

Owen T. Hill
Georgia Bar No. 354393
Jackson Lewis LLP
1155 Peachtree Street, NE, Suite 1000
Atlanta, GA 30309-3600
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES NEELY,           ) | |
| ) | |
| Plaintiff,      ) | CIVIL ACTION NO. |
| ) | |
| v.                     ) | 1:07-cv-00907-WKW-CSC |
| ) | |
| BECHTEL CORPORATION,   ) | |
| ) | |
| Defendant.     ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, I electronically filed **REPORT OF PARTIES' PLANNING MEETING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Cynthia Foreman Wilkinson, Esq.
Larry R. Mann, Esq.

This 11th day of June, 2008.

/s/Owen T. Hill
Owen T. Hill
Georgia Bar No. 354393
Jackson Lewis LLP
1155 Peachtree Street, NE
Suite 1000
Atlanta, GA 30309-3600
Telephone: (404) 525-8200
Facsimile: (404) 525-1173