IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES NEELY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-907-WKW |
| | ) |
| **BECHTEL CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff James Neely's Unopposed Motion for an Extension of Time to Complete and/or Supplement Plaintiff's Response (Doc. # 16) is docketed in the court's file as a pending motion. In light of the court's Order entered May 20, 2008 (Doc. # 25), it is ORDERED that Plaintiff's motion (Doc. # 16) is DENIED as moot.

Done this 12th day of August, 2008.

                                                /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE