IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES NEELY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | )) | 1:07-cv-00907-WKW-CSC |
| | ) | |
| BECHTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In accordance with the Order dated May 20, 2008, the parties hereby jointly notify the Court that an Arbitrator has been selected to hear the Plaintiff's retaliation claims. The arbitration hearing date has not been set as of the date of this report. The parties have been conducting discovery and discovery in the case is ongoing. As directed, the parties will provide another update to the Court in 90 days.

Respectfully submitted this **2nd** day of **September, 2008.**


s/Cynthia F. Wilkinson, Esq.
Cynthia Forman Wilkinson
WILKINSON LAW FIRM PC
811 New South Federal Savings Bank Building
215 Richard Arrington Jr. Blvd., North
Birmingham, Alabama 35203

Larry R. Mann, Esq.
701 New South Federal Savings Bank Building
215 Richard Arrington Jr. Blvd. North
Birmingham, Alabama 35202
ATTORNEYS FOR PLAINTIFF

s/Owen T. Hill, Esq.
Thomas A. Davis
JACKSON LEWIS LLP
First Commercial Bank Building
800 Shades Creek Parkway
Suite 870
Birmingham, Alabama 35209

Owen T. Hill
JACKSON LEWIS LLP
1155 Peachtree Street, NE
Suite 1000
Atlanta, Georgia 30309
ATTORNEYS FOR DEFENDANT

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Davis, Esq.
JACKSON|LEWIS LLP
2001 Park Place North
Suite 650
Birmingham, Alabama 35203

Owen T. Hill, Esq.
JACKSON|LEWIS LLP
1155 Peachtree Street, NE
Suite 1000
Atlanta, Georgia 30309

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

s/Cynthia Forman Wilkinson
**WILKINSON LAW FIRM, PC**